FILED

MAR 0 1 2012

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 11CR732-WQH |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE |
| ESTER LOZANO, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, upon the motion of the Government, the information against Defendant Ester Lozano be dismissed without prejudice.

DATED: 3/1, 2012

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE